**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cliare M. Schofield           CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10253 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
01 Feb 2024, 15:10:23, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: f9a730574987f13d4b55143254c739036bff0d13cab1f8d57d9333156301330d