**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cliare M. Schofield                                    CHAPTER 13
           Debtor(s)

                                                              BKY. NO. 24-10253 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                              Respectfully submitted,

                                                              /s/ **Mark A. Cronin**
                                                              Mark Cronin
                                                              01 Feb 2024, 15:10:23, EST

                                                              KML Law Group, P.C.
                                                              701 Market Street, Suite 5000
                                                              Philadelphia, PA 19106-1532
                                                              (215) 627-1322