UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　CLAIRE M. SCHOFIELD<br><br><br>　　　　　　Debtor | Chapter 13<br>Bankruptcy No.24-10253-AMC |

CERTIFICATE OF SERVICE

　　I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 3rd day of April, 2024, by first class mail upon those listed below:

CLAIRE M. SCHOFIELD
1437 RESERVOIR AVENUE
ABINGTON, PA  19001

**Electronically via CM/ECF System Only:**

DAVID B. SPITOFSKY ESQUIRE

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

　　　　　　　　　　　　　　　　　　　　*/s/ Kenneth E. West, Esq.*
　　　　　　　　　　　　　　　　　　　　Kenneth E. West, Esq.
　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee