United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-10253-amc

Claire M. Schofield  Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Jun 18, 2024  Form ID: 155  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claire M. Schofield, 1437 Reservoir Avenue, Abington, PA 19001-1624 |
| 14862225 | + | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14849619 | + | Creditworks LLC, P.O. Box 331339, Miami, FL 33233-1339 |
| 14849611 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14849621 | #+ | Julie E. Goodchild, Esquire, Scott & Associates, P.C., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 14851845 | + | PennyMac Loan Services LLC, c/o Mark A. Cronin, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14849614 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2024 00:01:03 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14853393 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 19 2024 00:01:03 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14849615 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 18 2024 23:45:00 | Citadel Federal Credit Union, Attn: Bankruptcy, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 14849616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2024 23:45:00 | Comenity Bank/Justice, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14849617 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2024 23:45:00 | Comenity Bank/Torrid, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14849618 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 19 2024 00:00:51 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 14849613 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 18 2024 23:45:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14849620 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 19 2024 00:00:45 | JPMorgan Chase Bank, N.A., Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14849622 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 18 2024 23:45:00 | Kohls/Capital One, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14869903 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2024 00:00:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14849623 | ^ | MEBN | Jun 18 2024 23:42:58 | Medallion Bank, 1100 E. 6600 S. #510, Salt Lake City, UT 84121-7422 |
| 14849624 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2024 23:45:00 | Midland Credit Management, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |

Case 24-10253-amc    Doc 23    Filed 06/20/24    Entered 06/21/24 00:36:48    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2024 | Form ID: 155 | Total Noticed: 27 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14863436 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 18 2024 23:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14849625 | + | Email/PDF: pa_dc_claims@navient.com | Jun 19 2024 00:00:23 | Navient, Attn: Bankruptcy, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14849627 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 19 2024 00:00:45 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14870912 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 19 2024 00:00:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14849626 | + | Email/PDF: ebnotices@pnmac.com | Jun 19 2024 00:01:13 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14864709 | + | Email/PDF: ebnotices@pnmac.com | Jun 19 2024 00:00:48 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14870129 | | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2024 23:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14849628 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 19 2024 00:01:10 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14850252 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 19 2024 00:01:06 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14849612 | *+ | Claire M. Schofield, 1437 Reservoir Avenue, Abington, PA 19001-1624 |
| 14869904 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2024              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Claire M. Schofield spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 18, 2024 | Form ID: 155 | Total Noticed: 27

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Claire M. Schofield ) Case No. 24−10253−amc
)
)
   Debtor(s). ) Chapter: 13
)
)

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 18, 2024                                                                                    For The Court

                                                                                                                  Ashely M. Chan
                                                                                                                  Chief Judge, United States Bankruptcy Court