# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 11/12/24 |
| | : | | Time:  10:00 a.m. |
| | : | | Place: Courtroom #4 |
| **CLAIRE M. SCHOFIELD** | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 24-10253 (AMC) | Phila., PA 19107 |

## CERTIFICATE OF SERVICE

    I, David B. Spitofsky, Esquire, hereby certify that on October 7, 2024 I caused a true and correct copy of the attached Motion to Modify Plan After Confirmation and Notice of Motion, Response Deadline and Hearing Date to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

        Frederic J. Baker, Esquire
        Assistant United States Trustee
        Office of the United States Trustee
        Robert NC Nix, Sr. Federal Building
        900 Market Street, Suite 320
        Philadelphia, PA 19107

        Kenneth E. West, Esquire
        Chapter 13 Standing Trustee
        P.O. Box 40837
        Philadelphia, PA 19107

        Denise Carlon, Esquire
        KML Law Group, P.C.
        701 Market Street
        Suite 5000
        Philadelphia, PA 19106

        Citadel Credit Union
        Attn.: Collections
        520 Eagleview Boulevard
        Exton, PA 19341

        PennyMac Loan Services, LLC
        P.O. Box 2410
        Moorpark, CA 93020

U.S. Department of HUD
801 Market Street
Philadelphia, PA 19107

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net
Counsel for Debtor