**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CLAIRE M. SCHOFIELD | : | |
| | : | |
| DEBTOR | : | NO. 24-10253 (AMC) |

## CERTIFICATION OF NO RESPONSE

I, David B. Spitofsky, Esquire, counsel for debtor, hereby certify that of this 22nd day of October, 2024, there has been no response or answer regarding Debtor's Motion to Modify Plan After Confirmation pursuant to the Notice of Motion, Response Deadline and Hearing Date, dated and served October 7, 2024   It is respectfully requested that said Motion to Modify Plan After Confirmation be presented to the Honorable Ashely M. Chan as UNCONTESTED.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2024

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net