UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 11/12/24 |
| | : | | Time: 10:00 a.m. |
| | : | | Place: Courtroom #4 |
| CLAIRE M. SCHOFIELD | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 24-10253 (AMC) | Phila., PA 19107 |

### ORDER APPROVING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this 13th day of November, 2024, upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is hereby

ORDERED that the Motion is GRANTED and that Debtor's Second Amended Chapter 13 Plan is hereby approved.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE