United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10253-amc |
| Claire M. Schofield | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

**Recip ID**    **Recipient Name and Address**
db    + Claire M. Schofield, 1437 Reservoir Avenue, Abington, PA 19001-1624

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Claire M. Schofield spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 11/12/24 |
| | : | | Time: 10:00 a.m. |
| | : | | Place: Courtroom #4 |
| CLAIRE M. SCHOFIELD | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 24-10253 (AMC) | Phila., PA 19107 |

### ORDER APPROVING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this 13th day of November, 2024, upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is hereby

ORDERED that the Motion is GRANTED and that Debtor's Second Amended Chapter 13 Plan is hereby approved.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE