*Form 167* (1/25)–doc 48 – 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ) | |
|    Claire M. Schofield  ) | Case No. 24–10253–amc |
|    ) | |
|    ) | |
| Debtor(s).  ) | Chapter: 13 |
|    ) | |
|    ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default by Creditor PENNYMAC LOAN SERVICES, LLC filed Debtor Claire M. Schofield.

on: 4/1/25

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

Date: March 4, 2025                                                      For The Court

                                                                                      Timothy B. McGrath
                                                                                      Clerk of Court