IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Claire M. Schofield<br><br>_____<br>Debtor(s)<br>PennyMac Loan Services, LLC<br>Movant<br>v.<br>Claire M. Schofield<br><br>_____<br>Respondent(s) | Chapter 13 Proceeding<br><br>Case #: 24-10253 AMC |

## ORDER

AND NOW, this 18th day of Sept., 2025, upon consideration of the Motion to Approve a Partial Claim Offer for a Subordinate Note and Subordinate Mortgage it is hereby ORDERED AND DECREED that the Motion is GRANTED and the parties may proceed with the Partial Claim Offer for a Subordinate Note and Subordinate Mortgage with regard to Debtor's loan #xxxxxx6595 including the recording of the Loan Modification Agreement with the County Clerk's office.

BY THE COURT:

_____
United States Bankruptcy Judge
Ashely M. Chan

Interested Parties:
Karina Velter, Esquire
Attorney for Movant

DAVID B. SPITOFSKY, Esquire
Attorneys for Debtor(s)

KENNETH E. WEST, Esquire
Trustee