United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Claire M. Schofield  
      Debtor

Case No. 24-10253-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 10, 2025      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claire M. Schofield, 1437 Reservoir Avenue, Abington, PA 19001-1624 |
| sp | + | Panitch Schwarze Belisario & Nadel LLP, 2001 Market Street, ste 2800, Philadelphia, Pa 19103-7086 |
| 14849619 | + | Creditworks LLC, P.O. Box 331339, Miami, FL 33233-1339 |
| 15032540 | + | PennyMac Loan Services, c/o POWERS KIRN, LLC, Attorneys for PENNYMAC LOAN SERVICES,, LLC, 8 Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 14851845 | + | PennyMac Loan Services LLC, c/o Mark A. Cronin, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14903642 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 11 2025 00:43:53 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 14849614 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 00:43:47 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14853393 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 11 2025 00:43:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14862225 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 11 2025 00:36:00 | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14849615 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 11 2025 00:36:00 | Citadel Federal Credit Union, Attn: Bankruptcy, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 14849616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 00:36:00 | Comenity Bank/Justice, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14849617 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 00:36:00 | Comenity Bank/Torrid, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14849618 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2025 00:43:44 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 14849611 | ^ | MEBN | Dec 11 2025 00:31:08 | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14849613 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | | |

District/off: 0313-2 User: admin Page 2 of 3
Date Rcvd: Dec 10, 2025 Form ID: pdf900 Total Noticed: 31

| | | | Dec 11 2025 00:36:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
|---|---|---|---|---|
| 14849620 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2025 00:43:52 | JPMorgan Chase Bank, N.A., Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14849622 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 00:43:48 | Kohls/Capital One, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14869903 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2025 00:43:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14849623 | ^ | MEBN | Dec 11 2025 00:31:10 | Medallion Bank, 1100 E. 6600 S. #510, Salt Lake City, UT 84121-7422 |
| 14849624 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2025 00:36:00 | Midland Credit Management, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14863436 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2025 00:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14849625 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 11 2025 00:43:44 | Navient, Attn: Bankruptcy, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14849627 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2025 00:43:44 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14870912 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2025 00:43:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14849626 | + | Email/PDF: ebnotices@pnmac.com | Dec 11 2025 00:43:55 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14864709 | + | Email/PDF: ebnotices@pnmac.com | Dec 11 2025 00:43:50 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14870129 | | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2025 00:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14849628 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 00:43:52 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14850252 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 11 2025 00:43:48 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14849612 | *+ | Claire M. Schofield, 1437 Reservoir Avenue, Abington, PA 19001-1624 |
| 14869904 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14849621 | ##+ | Julie E. Goodchild, Esquire, Scott & Associates, P.C., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Claire M. Schofield spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    CLAIRE M. SCHOFIELD<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-10253-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: December 10, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge